## WILLIAMS *v.* SMITH BROTHERS.

BECK, J. Where an equitable petition was brought by the vendee for a rescission of the contract of purchase and sale of a body of land, which appears from the conveyance to have been sold by the tract and which was described in the deed by metes and bounds and as containing so many acres "more or less," and to compel a repayment to the vendee of that portion of the purchase-price actually paid, upon the latter's reconveyance of the land to the vendor, the petitioner's right to rescission being based upon an alleged deficiency in the number of acres embraced in the tract of land conveyed, the case should have been dismissed upon general demurrer, actual fraud not being shown or charged in the petition. *Finney* v. *Morris,* 116 *Ga.* 758 (42 S. E. 1020) ; *Ken-*

dall v. *Wells*, 126 *Ga.* 343 (55 S. E. 41) ; *Emlen* v. *Roper*, 133 *Ga.* 726
(66 S. E. 934).            *Judgment reversed. All the Justices concur.*
·NOVEMBER 16, 1910.

Equitable petition. Before Judge Mitchell. Colquitt superior court. October 14, 1909.

*J. D. McKenzie,* for plaintiff in error. *E. L. Bryan,* contra.

